**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHLEY BERRY,

    Plaintiff,

  v.

SALLIE MAE, INC.,

    Defendant.

No. C 13-03247 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, February 7, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 28, 2014

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ASHLEY BERRY,

        Plaintiff,

  v.

SALLIE MAE INC et al,

        Defendant.
                                         /

Case Number: CV13-03247 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashley Berry
541 Clayton St.
San Francisco, CA 94117

Dated: January 28, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk