United States District Court
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ASHLEY BERRY,
10              Plaintiff,                          No.  C 13-03247 JSW
11      v.                                          **ORDER OF DISMISSAL**
12  SALLIE MAE INC.,
13              Defendant.
                                              /
14
15          On February 25, 2014, the Court granted Sallie Mae's motion to dismiss without
16  prejudice and allowed Berry to file a second amended complaint within 21 days of the date of
17  the order.  Having failed to file an amended complaint, this action is DISMISSED.  The clerk
18  may close the file.
19          **IT IS SO ORDERED.**
20
21  Dated:   April 3, 2014
22                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY BERRY,

            Plaintiff,

  v.

SALLIE MAE INC et al,

            Defendant.
_____/

Case Number: CV13-03247 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashley  Berry
541 Clayton St.
San Francisco,  CA 94117

Dated: April 3, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk